UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THATCHER,<br><br>             Petitioner,<br><br>     v.<br><br>D. DAVIES,<br><br>             Respondent. | 1:15 -cv-01198-LJO-JLT (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 6) |

Petitioner has requested the appointment of counsel, citing his lack of access to the prison law library and the complexity of the case. Currently there is no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) allows the Court to appoint counsel if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. Here, the Court does not find that the interests of justice require the appointment of counsel at this time. Thus, the Court ORDERS that Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

   Dated:   **August 19, 2015**              /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE